IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | |
| **WELL HEALED PET, INC.,** | ) | **Case No.: 20-07466** |
| | ) | |
| **Debtors.** | ) | **Honorable A. Benjamin Goldgar** |

### AFFIDAVIT

The undersigned pursuant to Rule 2014 of the Bankruptcy Rules, states that:

1. The undersigned, Robert R. Benjamin, is an attorney with the law firm of GOLAN CHRISTIE TAGLIA LLP.

2. The compensation paid or agreed to be paid by the Debtor is our normal hourly rate. GOLAN CHRISTIE TAGLIA LLP has received the sum of $15,000.00 from the Debtor towards fees and costs for bankruptcy related legal services within one year immediately preceding the commencement of this case. After applying sums expended prior to the filing of the case, GOLAN CHRISTIE TAGLIA LLP is holding a retainer of $0.00.

3. The undersigned has received no transfer, assignment or pledge of property from the Debtors, except for $15,000.00 in fees as an advance payment retainer as set forth in Paragraph 2.

4. The firm of GOLAN CHRISTIE TAGLIA LLP is not owed any money by the estate other than for bankruptcy related matters nor does it have any interest adverse to the interests of this estate or any class of creditors or equity security holders.

5. The only contacts that GOLAN CHRISTIE TAGLIA LLP has had with the Debtor is when the Debtor retained him to represent its interests in connection with business consultations negotiating the Debtor's financial problems and the filing of the instant Chapter 11 case.

6. To the best of the undersigned's knowledge, GOLAN CHRISTIE TAGLIA LLP has no connections with the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, other than having represented Dr. James Carlson in his individual Chapter 7 petition.

AFFIANT FURTHER SAYETH NOT.

_____
Robert R. Benjamin

SUBSCRIBED and SWORN to before me
this 16th day of March, 2020.

_____
Notary Public

OFFICIAL SEAL
RYAN TRYZBIAK
Notary Public - State of Illinois
My Commission Expires 8/25/2022