

**GOLAN CHRISTIE TAGLIA LLP**
70 WEST MADISON STREET
SUITE 1500
CHICAGO, ILLINOIS 60602-4206
PHONE (312) 263-2300
FAX (312) 263-0939
GCT.LAW

Well Healed Pet, Inc.
1112 Front St.
McHenry, Illinois 60050

BILLING ATTORNEY: RRB

November 16, 2020
Matter #:     5759.003

Attention: Dr. James D. Carlson
CLIENT NUMBER: 5759
**RE:**   Chapter 11

---

FOR PROFESSIONAL SERVICES RENDERED

| Task | Date | Services | Init | Hours | Amount |
|---|---|---|---|---|---|
| ADM | 8/18/20 | E-correspondence to Dr. Jim regarding conference call today with trustee; advise of when first payment is to be made. | RRB | 0.10 | 56.50 |
| ADM | 8/19/20 | Analyze the Illinois Secretary of State Notice of Delinquency for failure to file the 2020 Annual Report for Well Healed Pet, Inc.; prepare email correspondence to Dr. Carlson forwarding the Notice and the Annual Report with instructions for filing online with the Secretary of State. | AP | 0.50 | 87.50 |
| ADM | 8/28/20 | Complete Corporate Resolution and forward to Jim for signature. | RRB | 0.50 | 282.50 |
| ADM | 8/28/20 | Complete draft of the Ohio Certificate of Amendment and the Illinois Cumulative Report in connection with the reorganization of the shares and paid-in capital; Prepare for filing the Resolution approving the reorganization and the filing of the Certificate of Amendment and Cumulative Report; analyze updated Resolution and revise and finalize same. | AP | 2.25 | 393.75 |
| ADM | 9/02/20 | Prepare email correspondence to Dr. Carlson forwarding the Ohio Certificate of Amendment of Illinois Cumulative Report for review and approval. | AP | 0.25 | 43.75 |
| ADM | 9/03/20 | As demanded by SOS, provide A.P. with proof of liquidation value of original capital and cite to Plan language and Liquidation exhibit to Plan. | RRB | 0.50 | 282.50 |
| ADM | 9/21/20 | Complete review of MOR for August | RRB | 0.30 | 169.50 |

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| ADM | 9/21/20 | pre-confirmation period.<br>Prepare August Monthly Operating Report using data provided by client. | RT | 2.50 | 437.50 |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 1.40 | 565.00 | 791.00 |
| Amanda Parmer | 3.00 | 175.00 | 525.00 |
| Ryan Tryzbiak | 2.50 | 175.00 | 437.50 |
| Total | 6.90 | | $1,753.50 |

| | | | | | |
|---|---|---|---|---|---|
| CLM | 8/12/20 | E-mail from Cristen regarding dunning from Great America | RRB | 0.10 | 56.50 |
| CLM | 8/12/20 | E-correspondence to Cristen explaining that Great America is a Class 1b and 2 creditor in confirmed Plan and describe payments that will be made by trustee; directions not to pay Great America directly. | RRB | 0.20 | 113.00 |
| CLM | 8/12/20 | E-correspondence to Great America (multiple parties) with advice of automatic stay. | RRB | 0.20 | 113.00 |
| CLM | 8/12/20 | Send letter to GreatAmerica and others regarding automatic stay. | RT | 0.30 | 52.50 |
| CLM | 8/24/20 | Email exchange with RRB regarding settlement of Carol Anderson's claim. | BAB | 0.20 | 110.00 |
| CLM | 8/26/20 | Draft motion per RRB notes to approve settlement with Carol Anderson. | BAB | 0.80 | 440.00 |
| CLM | 8/27/20 | Review and approve 9019 Motion for filing with appropriate notice to all parties in interest. | RRB | 0.80 | 452.00 |
| CLM | 8/27/20 | Continue drafting motion to approve settlement with RRB additions; Draft proposed order approving settlement. | BAB | 1.00 | 550.00 |
| CLM | 8/27/20 | Finalize and file Motion to Approve Settlement re Carol Andersen claim. | RT | 0.90 | 157.50 |
| CLM | 9/10/20 | Receipt and review of amended POC by IDR. | RRB | 0.10 | 56.50 |
| CLM | 9/10/20 | E-correspondence to client with amended POC by IDR with recommendations. | RRB | 0.10 | 56.50 |
| CLM | 9/22/20 | Receipt and review of Order approving settlement with Carol Harris (Claim #6) and forward to insurance atty and client with cover letter with request for dismissal order and withdrawal of POC. | RRB | 0.30 | 169.50 |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 1.80 | 565.00 | 1,017.00 |
| Beverly A. Berneman | 2.00 | 550.00 | 1,100.00 |
| Ryan Tryzbiak | 1.20 | 175.00 | 210.00 |
| **Total** | **5.00** | | **$2,327.00** |

| | | | | | |
|---|---|---|---|---|---|
| FIN | 9/03/20 | E-mail from M. Leifman (ByLine) demanding insurance endorsement; e-correspondence to client requesting endorsement; e-correspondence to M. Leifman advising that will provide to the extent of security interest. | RRB | 0.10 | 56.50 |

### FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 0.10 | 565.00 | 56.50 |
| **Total** | **0.10** | | **$56.50** |

| | | | | | |
|---|---|---|---|---|---|
| PLAN | 8/14/20 | Continue drafting distribution spreadsheet. | BAB | 1.30 | 715.00 |
| PLAN | 8/17/20 | Search DOJ Handbook for case by case trustee professional fees and memo to BAB regarding trustee fees. | RRB | 0.50 | 282.50 |
| PLAN | 8/17/20 | Strategy e-mails with BAB regarding payment spreadsheet and issues to raise with case trustee and Debtor. | RRB | 0.30 | 169.50 |
| PLAN | 8/17/20 | E-correspondence to BAB regarding terms of stock to be issued to reorganized Debtor. | RRB | 0.20 | 113.00 |
| PLAN | 8/17/20 | E-correspondence to BAB reviewing necessity of balloting demanded by UST after Goldgar statements at confirmation hearing. | RRB | 0.30 | 169.50 |
| PLAN | 8/17/20 | Review payment spreadsheet and discuss with BAB. | RRB | 0.60 | 339.00 |
| PLAN | 8/17/20 | Call to Dr. Jim and Cristen in conference with BAB to review spreadsheet; Q&A. | RRB | 0.20 | 113.00 |
| PLAN | 8/17/20 | Outline directions for cancellation of stock and issuance of new stock in reorganized Debtor. | RRB | 0.30 | 169.50 |
| PLAN | 8/17/20 | Strategy call with BAB regarding distributions and payouts. | RRB | 0.20 | 113.00 |

| | | | | | |
|---|---|---|---|---|---|
| PLAN | 8/17/20 | Continue preparing distribution spreadsheets. | BAB | 2.50 | 1,375.00 |
| PLAN | 8/17/20 | Call with RRB regarding the distribution spreadsheets. | BAB | 0.20 | 110.00 |
| PLAN | 8/17/20 | Call with Dr. Jim and Christine regarding the distribution spreadsheets. | BAB | 0.30 | 165.00 |
| PLAN | 8/17/20 | Revisions to distribution spreadsheets. | BAB | 0.20 | 110.00 |
| PLAN | 8/17/20 | Email to M. Brash with distribution spreadsheets and synopsis. | BAB | 0.30 | 165.00 |
| PLAN | 8/18/20 | Conference call with case trustee Brash discuss payments Spreadsheet. | RRB | 0.30 | 169.50 |
| PLAN | 8/18/20 | Email exchange with RRB regarding distribution spreadsheet; Revise distribution spreadsheet. | BAB | 1.10 | 605.00 |
| PLAN | 8/20/20 | Conference with BAB to review distribution terms. | RRB | 0.50 | 282.50 |
| PLAN | 8/20/20 | Follow up conference with BAB to review Spreadsheets after further revisions. | RRB | 0.30 | 169.50 |
| PLAN | 8/20/20 | E-correspondence to Dr. Jim and Cristen with final Spreadsheet and summary explanation of payment terms. | RRB | 0.40 | 226.00 |
| PLAN | 8/20/20 | E-correspondence to trustee Brash with final Spreadsheet and summary explanation of payment terms from Debtor and who he should pay monthly and quarterly over the next five years. | RRB | 0.60 | 339.00 |
| PLAN | 8/20/20 | Conference with RRB regarding distribution spreadsheet. | BAB | 0.50 | 275.00 |
| PLAN | 8/20/20 | Revise distribution spreadsheet based on comments from RRB. | BAB | 0.90 | 495.00 |
| PLAN | 8/20/20 | Follow up conference with RRB regarding updated distribution spreadsheets. | BAB | 0.30 | 165.00 |
| PLAN | 8/24/20 | Discuss Series II stock with A. Parmer; prompt to client about delinquent Annual Report and Assumed Name renewal. | RRB | 0.20 | 113.00 |
| PLAN | 8/26/20 | Directions for preparation of Ohio and Illinois documents for new series of stock in reorganized Debtor. | RRB | 0.50 | 282.50 |
| PLAN | 8/26/20 | Per RRB. complete analysis of requirements of reorganizing the stock and paid-in capital in connection with the Chapter 11 with the Ohio and Illinois Secretary of State. | AP | 1.00 | 175.00 |
| PLAN | 8/27/20 | Commence drafting language for corporate resolution approving increase in paid in capital. | RRB | 0.50 | 282.50 |
| PLAN | 9/03/20 | Receipt and review of POC by IDOR; | RRB | 0.10 | 56.50 |

| Task | Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| | | e-correspondence to client recommending completion of income tax returns. | | | |
| PLAN | 9/14/20 | Court appearance on Post Confirmation Status Hearing. | RRB | 0.50 | 282.50 |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 6.50 | 565.00 | 3,672.50 |
| Beverly A. Berneman | 7.60 | 550.00 | 4,180.00 |
| Amanda Parmer | 1.00 | 175.00 | 175.00 |
| **Total** | **15.10** | | **$8,027.50** |

TOTAL HOURS: 27.10

TOTAL FEES: $12,164.50

**Costs**

| Date | Description | Amount |
|---|---|---|
| Aug-28-20 | Mailing Expense – service of Motion to Approve Compromise and Settlement of Dispute | 34.20 |
| Sep-14-20 | Virtual court appearance on August 10, 2020 | 50.00 |
| Sep-14-20 | Virtual court appearance on September 14, 2020 | 50.00 |

TOTAL COSTS: $134.20

## TIME SUMMARY BY TASK

| Task Code | Description | Effective Rate | Invoice Hours | Totals |
|---|---|---|---|---|
| ADM | Administration | $254.13 | 6.90 | 1,753.50 |
| CLM | Claims | $465.40 | 5.00 | 2,327.00 |
| FIN | Financing | $565.00 | 0.10 | 56.50 |
| PLAN | Plan | $531.62 | 15.10 | 8,027.50 |
| | | | **27.10** | **$12,164.50** |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 9.80 | 565.00 | 5,537.00 |
| Beverly A. Berneman | 9.60 | 550.00 | 5,280.00 |
| Amanda Parmer | 4.00 | 175.00 | 700.00 |
| Ryan Tryzbiak | 3.70 | 175.00 | 647.50 |
| **Total** | **27.10** | | **$12,164.50** |

**INVOICE TOTAL:**  $12,298.70