

GOLAN CHRISTIE TAGLIA LLP
70 WEST MADISON STREET
SUITE 1500
CHICAGO, ILLINOIS 60602-4206
PHONE (312) 263-2300
FAX (312) 263-0939
GCT.LAW

Well Healed Pet, Inc.  
1112 Front Street  
McHenry, IL 60050  
Attention: Dr. James D. Carlson  
CLIENT NUMBER:   5759  
**RE:**   Chapter 11 Bankruptcy

BILLING ATTORNEY: RRB

November 16, 2020  
Matter #:   5759.003

FOR PROFESSIONAL SERVICES RENDERED

| Task | Date | Services | Init | Hours | Amount |
|---|---|---|---|---|---|
| ADM | 11/12/20 | Commence preparation of Third Interim Fee Petition. | RRB | 1.50 | 847.50 |
| ADM | 11/13/20 | Compile data from RRB notes and draft petition. | RT | 1.50 | 262.50 |
| ADM | 11/16/20 | Review draft of Third Interim Fee Petition and complete petition. | RRB | 1.00 | 565.00 |
| ADM | 11/16/20 | Complete and file Third Interim Fee Petition. | RT | 0.50 | 87.50 |

TOTAL HOURS:   4.50  
TOTAL FEES:   $1,762.50

**INVOICE TOTAL:**   **$1,762.50**

EXHIBIT B