**THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **WELL HEALED PET, INC.,** | ) | **Case No. 20-07466** |
| | ) | |
| | ) | **Honorable A. Benjamin Goldgar** |
| **Debtor.** | ) | |

**SUPPLEMENTAL DISCLOSURE OF COMPENSATION
OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016(b)**

1. Pursuant to 11 U.S.C. §329(a) and Fed. Bankr. Rule 2016(b), I certify that I am one of the attorneys for the above-named Debtor, and the law firm of Golan Christie Taglia LLP was paid additional sums after the filing of the case for services rendered and to be rendered on behalf of the Debtors in connection with the above captioned case in the amount of $2,083.00.

2. The source of the compensation was Matthew Brash in his capacity as Subchapter V Case Trustee.

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of Golan Christie Taglia LLP.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement of supplemental compensation from the Debtor in connection with the law firm of Golan Christie Taglia LLP's representation of the Debtor in the above captioned proceeding.

December 31, 2020

*/s/ Robert R. Benjamin*
Robert R. Benjamin (ARDC#0170429)
GOLAN CHRISTIE TAGLIA LLP
70 W. Madison Street, Suite 1500
Chicago, Illinois 60602
P: 312-263-2300
F: 312-263-0939
rrbenjamin@gct.law